IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA YOLANDA CHAVEZ, INDIVIDUALLY AND ON BEHALF OF MINOR LC AND ESTATE OF JOSE ANGEL CHAVEZ, AND ANGEL CHAVEZ; RITA ELAINE COWAN, INDIVIDUALLY AND ON BEHALF OF ESTATE OF THOMAS DAVID COWAN,<br><br>Plaintiffs,<br><br>vs.<br><br>TYSON FOODS, INC. D/B/A TYSON FOODS; TYSON FRESH MEATS, INC.; TRANSPLACE TEXAS, LP.; AXIOM MEDICAL; COMMUNITY CARE NETWORK, LLC D/B/A MATRIX MEDICAL NETWORK,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § | NO. 3:21-cv-01184-C |

**DEFENDANTS TYSON FOODS, INC. AND
TYSON FRESH MEATS, INC.'S
<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Defendants Tyson Foods, Inc. and Tyson Fresh Meats, Inc. (together, "Tyson") appeal to the United States Court of Appeals for the Fifth Circuit from the Order entered October 27, 2021 (Doc. 50) remanding this case to the County Court at Law No. 3 of Dallas County, Texas. Tyson is entitled to appeal the remand order as of right because this case was removed under 28 U.S.C. § 1442(a). *See* 28 U.S.C. § 1447(d) ("[A]n order remanding a case to the State court from which it was removed pursuant to section 1442 . . . of this title shall be reviewable by appeal or otherwise."); *see, e.g.*, *Latiolais v. Huntington Ingalls, Inc.*, 951 F.3d 286, 290 (5th Cir. 2020) (appeal of federal officer removal as of right).

Dated: November 1, 2021                    Respectfully submitted,

       /s/ Christopher S. Coleman
Zachary T. Mayer
Texas Bar No. 24013118
J. Edward Johnson
Texas Bar No. 24070001
Brandon W. Maxey
Texas Bar No. 24092777
**MAYER LLP**
750 N. St. Paul Street - #700
Dallas, Texas 75201
Telephone:  214.379.6900
Facsimile:   214.379.6939
Email: zmayer@mayerllp.com
      ejohnson@mayerllp.com
      bmaxey@mayerllp.com

Christopher S. Coleman
(Admitted *Pro Hac Vice*)
Jessica L. Everett-Garcia
(Admitted *Pro Hac Vice*)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: 602.351.8000
Facsimile: 602-648.7000
Email: CColeman@perkinscoie.com
          JEverettGarcia@perkinscoie.com

**ATTORNEYS FOR TYSON FOODS, INC. AND TYSON FRESH MEATS, INC.**

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, through the Court's CM/ECF system, on November 1, 2021, as follows:

Jill K. Nicaud
**SHRADER & ASSOCIATES, L.L.P.**
9 Greenway Plaza, Suite 2300
Houston, Texas 77046
jill@shraderlaw.com

Lisa Blue Baron, PhD, JD
**BARON AND BLUE**
25 Highland Park Village
Dallas, Texas 75225
lblue@baronandblue.com

Kirsten M. Castañeda
**ALEXANDER DUBOSE & JEFFERSON LLP**
8144 Walnut Hill Lane, Suite 1000
Dallas, Texas 75231-4388
kcastaneda@adjtlaw.com

*ATTORNEYS FOR PLAINTIFFS*

Ernest W Leonard
**FRIEDMAN & FEIGER LLP**
5301 Spring Valley Road, Suite 200
Dallas, Texas 75254
eleonard@fflawoffice.com

*ATTORNEYS FOR DEFENDANT COMMUNITY CARE HEALTH NETWORK LLC d/b/a MATRIX MEDICAL NETWORK*

Zachary T. Mayer
J. Edward Johnson
Brandon W. Maxey
**MAYER LLP**
750 N. St. Paul Street - #700
Dallas, Texas 75201
zmayer@mayerllp.com
ejohnson@mayerllp.com
bmaxey@mayerllp.com

*ATTORNEYS FOR DEFENDANT TRANSPLACE TEXAS, LP*

/s/ Christopher S. Coleman