# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 09, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

> No. 21-40622 cons. w/ 21-11110
> Glenn v. Tyson Foods
> USDC No. 9:20-CV-184
> USDC No. 3:21-CV-1184

The court has granted the motion to suspend briefing and consolidate the briefing schedule. We are currently awaiting the electronic record in case number 21-11110. Once the electronic record is received, the consolidated briefing schedule will issue.

> Sincerely,
>
> LYLE W. CAYCE, Clerk
>
> *Christina Rachal*
>
> By: _____
> Christina C. Rachal, Deputy Clerk
> 504-310-7651

Mr. Kurt B. Arnold
Ms. Andrea Butler
Ms. Kirsten Marisol Castaneda
Mr. Paul D. Clement
Mr. Christopher S. Coleman
Mr. Andrew R. Gould
Mr. Zachary Thomas Mayer
Ms. Karen S. Mitchell
Ms. Erin Murphy
Mr. David O'Toole
Mr. C. Harker Rhodes IV